# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE JUSTE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-258 (UNA) |
| ) | |
| ) | |
| LINDSAY ANN MARIE PHILLIPS *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, is a resident of the District of Columbia. He has filed what is styled as a "criminal complaint and charges" against two individuals in Merritt Island, Florida. Compl. at 2, ECF No. 1. Because "[a] private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another," *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973), this case will be dismissed for lack of standing, which "is a defect in subject matter jurisdiction." *Haase v. Sessions*, 835 F.2d 902, 906 (D.C. Cir. 1987). *See* Fed. R. Civ. P. 12(h)(3) (requiring immediate dismissal of a case when subject matter jurisdiction is found wanting). A separate order accompanies this Memorandum Opinion.

Date: March 7, 2022

_____/s/_____
AMIT P. MEHTA
United States District Judge